AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
APR 27 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Graciela Perez Moreno | ) | Case No. |
| | ) | 10-2564 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 17, 2010__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | an alien who has been excluded, deported and removed from the United States and who had not received consent to reapply for admission from the Attorney General of the United States or the Secretary of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557 was found in the United States |

This criminal complaint is based on these facts:

On March 17, 2010 the Defendant Graciela Perez Moreno was encountered at the El Paso County Detention Facility by Agent Kristian Perez, who is assigned to the Criminal Alien Program in El Paso, Texas. Agent Perez identified himself as an Immigration Enforcement Agent and questioned the Defendant as to her citizenship and immigration status.

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael Navarro, Immigration Enforcement Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/27/2010__

_____
Judge's signature

City and state: __El Paso, Texas__   Michael McDonald, U.S. Magistrate Judge
Printed name and title

Graciela Perez Moreno

April 27, 2010
FACTS (CONTINUED)

The Defendant readily admitted she was a citizen and national of Mexico without immigration documents allowing her to be or remain in the United States.

From statements made by the Defendant to the encountering agent(s), it was determined that the Defendant is an alien illegally in the United States. The Defendant was advised of her rights with a statement of rights which she acknowledged and understood but refused to sign.

The Defendant was enrolled into the ENFORCE/IDENT/IAFIS systems, with positive results indicating the Defendant has an immigration and criminal history.

The Defendant's immigration record checks revealed that the Defendant had been previously removed from the United States to Mexico on or about May 29, 2004, through El Paso, Texas.

Further immigration records checks revealed the defendant has not received the permission from the Attorney General of the United States or the Secretary of Homeland Security to apply for admission into the United States.

On April 26, 2010 the defendant was arrested and booked in to the El Paso County Detention Facility pending her initial appearance in the United States Magistrate Court.

IMMIGRATION HISTORY:
EXCLUDED May 29, 2004   BOA

CRIMINAL HISTORY:
1-ARRESTED OR RECEIVED 2004/05/29
  AGENCY-USINS BRDG OF AMER EL PASO (TXINS1400)
  AGENCY CASE-12431425
  CHARGE 1-INA 212(A)(6)(C)(II) - FALSE CLAIM TO UNITED STATES CITIZENSHIP
  COURT-2004/05/29: CHARGE-INTENDED IMMIGRANT W/OUT VALID ENTRY DOCUMENTS
  SENTENCE-REMOVED TO MEXICO FOR 5 YEARS

2-ARRESTED OR RECEIVED 2010/03/17  SID- TX08561505
  AGENCY-SHERIFF'S OFFICE EL PASO (TX0710000)
  AGENCY CASE-9051752873
  CHARGE 1-MAN/DEL CS PG 1 >= 4G < 200G 481.112(D) HSC