UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: EP:10-M -02564(1) MC |
| | § | |
| (1) GRACIELA PEREZ MORENO | § | |

**<u>DETENTION ORDER</u>**

A hearing was scheduled for April 30, 2010, on the Government's Motion to Detain Defendant Without Bond. Before said hearing, Defendant signed and filed a waiver of her right to have a detention hearing.

The Court, therefore, finds that Defendant is a foreign national and that there are no conditions that will reasonably assure the appearance of Defendant.

It is therefore ORDERED that Defendant shall be detained without bond and she is hereby committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

It is further ORDERED that Defendant shall be afforded reasonable opportunity for private consultation with her attorney.

It is further ORDERED that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of appearing in connection with any court proceeding.

SIGNED AND ENTERED 30th day of April, 2010.

_____
MICHAEL S MCDONALD
U.S. MAGISTRATE JUDGE